

# Fourth Court of Appeals
## San Antonio, Texas

Wednesday, January 28, 2015

No. 04-12-00739-CR

Jose Guadalupe **MARTINEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 38th Judicial District Court, Real County, Texas
Trial Court No. 2010-1132-DR
The Honorable Camile G. Dubose, Judge Presiding

# O R D E R

Sitting:        Catherine Stone, Chief Justice (not participating)
                  Karen Angelini, Justice
                  Luz Elena D. Chapa, Justice

The court issued its opinion in this appeal on October 29, 2014. Appellant's motion for rehearing was therefore due November 13, 2014. The court granted appellant three extensions of time to file a motion for rehearing. Our final order required any motion for rehearing be filed by January 16, 2015, and advised appellant that "[n]o further extensions of time will be granted." No motion for rehearing was timely filed. However, on January 26, 2015, appellant filed a "Petition for Rehearing," a "Motion for Leave to File Petition for Rehearing Out-of-Time," and a "Motion for Leave to File Oversized Petition for Rehearing."

We deny the motion for leave to file a late motion for rehearing. We deny the motion for rehearing as untimely filed. We deny the motion for leave to exceed the word limit for a motion for rehearing as moot.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of January, 2015.



Keith E. Hottle
Clerk of Court